# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

DOMETILLE DENISON, Individually and as Trustee under the Will of NOEL J. BECAR, Deceased, Respondent, *v.* WILLIAM R. DENISON et al., Appellants, Impleaded with Others.

*Denison* v. *Denison*, 96 App. Div. 418, affirmed.
(Argued October 10, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 3, 1904, which affirmed a judgment construing the will of Noel J. Becar, deceased, entered upon a decision of the court on trial at Special Term.

*Hugo Kohlman, Charles A. Runk, Francis L. Kohlman* and *Augustus N. Hand* for appellants.

*Thomas W. Butts* and *Frederick Geller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.

---

GEORGE M. BOYNTON, as Receiver of the Property of LEON MARIE, Respondent, *v.* HENRY L. SPRAGUE et al., Appellants.

*Boynton* v. *Sprague*, 100 App. Div. 443, affirmed.
(Argued October 11, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1905, affirming a judgment in favor of plaintiff

entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William P. Rudd* and *Allen Wardwell* for appellants.

*Joseph A. Arnold* and *Leon Lauterstein* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Not voting: BARTLETT, J. Absent: O'BRIEN, J.

---

GEORGE E. SPENCER, Appellant, *v.* ARABELLA D. HUNTINGTON et al., as Executors of COLLIS P. HUNTINGTON, Deceased, Respondents.

*Spencer* v. *Huntington,* 100 App. Div. 463, affirmed.
(Argued October 11, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1905, affirming a judgment in favor of defendants entered upon the report of a referee.

*Herbert Barry, Julien T. Davies, Charles H. Tuttle* and *Julian C. Harrison* for appellant.

*Maxwell Evarts* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT and WERNER, JJ. Not voting: BARTLETT and VANN, JJ. Absent: O'BRIEN, J.

---

JAMES BUCKLEY, as Administrator of the Estate of JOHN M. GOLDEN, Deceased, Appellant, *v.* WESTCHESTER LIGHTING COMPANY, Respondent.

*Buckley* v. *Westchester Lighting Co.,* 93 App. Div. 436, affirmed.
(Argued October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1904, affirming a judgment in favor of defendant